# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Anthony and Ana M. Amunategui, )
)
) **Bankruptcy No.** 10 B 11607
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for status on __August 25, 2011 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Phillip D. Levey is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: 6/23/11
JUN 23 2011

In re: Anthony & Ana M. Amunategui
Bankruptcy No. 10 B 11607

# CERTIFICATE OF SERVICE

I, Josephine Green, certify that on **JUN 2 4 2011** I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Josephine Green*
Relief Courtroom Deputy

## ELECTRONIC SERVICE THROUGH CM/ECF SYSTEM

**Beth A Lehman**
Lehman & Fox
6 E Monroe Suite 1004
Chicago, IL 60603

*Trustee*

**Phillip D Levey, ESQ**
2722 North Racine Avenue
Chicago, IL 60614

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

## VIA FIRST CLASS MAIL

*Debtor(s)*

**Anthony Amunategui**
120 N. Green # 4
Chicago, IL 60607

**Ana M. Amunategui**
835 S. Ridgeland Ave.
Oak Park, IL 60304