UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
     §
AMUNATEGUI, ANTHONY § Case No. 10-11607
AMUNATEGUI, ANA M. §
     §
     §
          Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Phillip D. Levey_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-11607 JBS Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | AMUNATEGUI, ANTHONY | Date Filed (f) or Converted (c): | 03/17/10 (f) |
| | AMUNATEGUI, ANA M. | 341(a) Meeting Date: | 04/30/10 |
| For Period Ending: | 03/11/13 | Claims Bar Date: | 08/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 101 SW 3rd Boca Rotan FL 33432 | 159,000.00 | 0.00 | | 0.00 | FA |
| 2. Hillsboro River Estates 52-15 B Lot 11 and adj par VAcant Lot | 47,000.00 | 0.00 | | 0.00 | FA |
| 3. 14729 Rockwell Harvey IL Vacant Lot - 2011 Assessed Value 8,050 | 5,000.00 | 3,000.00 | | 0.00 | FA |
| 4. 2901 S. Michigan Ave. investment, 1 lien, ACBank, | 89,000.00 | 0.00 | OA | 0.00 | FA |
| 5. 835 S. Ridgeland Ave. Oak Park IL 60304 residence Debtor Claimed Exemption | 450,000.00 | 0.00 | | 0.00 | FA |
| 6. 157 N.E 6th Deerfield Beach FL 33441 | 99,000.00 | 25,000.00 | | 25,000.00 | FA |
| 7. 301 Lancester St Boca Raton FL investment, 2 liens | 99,000.00 | 0.00 | | 0.00 | FA |
| 8. 5/3rd Oak Park and Harrison Oak Park IL Location: | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 9. usual household goods Location: In debtor's posses | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. clothing Location: In debtor's possession | 100.00 | 100.00 | | 0.00 | FA |
| 11. ed Ira Location: In debtor's possession | 12,739.00 | 12,739.00 | | 0.00 | FA |
| 12. IRA 5.3rd Sec Location: In debtor's possession | 33,452.00 | 33,452.00 | | 0.00 | FA |
| 13. 2006 Chrysler Pacifica Location: In debtor's posse | 14,000.00 | 0.00 | | 0.00 | FA |
| 14. Mercedes/ leased | 10,000.00 | 0.00 | | 0.00 | FA |
| 15. Tax Refund | 11,000.00 | 4,300.00 | | 6,935.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.51 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,032,791.00     $82,091.00     $31,936.51     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 10-11607    Doc 81    Filed 03/11/13    Entered 03/11/13 11:56:18    Desc Main
Document      Page 4 of 12

Page: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-11607    JBS    Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| Case Name: | AMUNATEGUI, ANTHONY | Date Filed (f) or Converted (c): | 03/17/10 (f) |
| | AMUNATEGUI, ANA M. | 341(a) Meeting Date: | 04/30/10 |
| | | Claims Bar Date: | 08/18/10 |

Initial Projected Date of Final Report (TFR): 11/30/11        Current Projected Date of Final Report (TFR): 08/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-11607 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | AMUNATEGUI, ANTHONY | Bank Name: | ASSOCIATED BANK |
| | AMUNATEGUI, ANA M. | Account Number / CD #: | *******2788  Checking |
| Taxpayer ID No: | *******5338 | | |
| For Period Ending: | 03/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 6,856.08 | | 6,856.08 |
| 09/10/12 | 6 | Jerome A. Simons PA Trust | Sale of Real Estate | | 15,507.98 | | 22,364.06 |
| | | 4700 Sheridan St. - Suite N | | | | | |
| | | Hollywood, FL 33021 | | | | | |
| | | JEROME A. SIMONS PA TRUST | Memo Amount:      25,000.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | CAMPBELL AND ROSEMURGES REALTORS | Memo Amount:    (  2,000.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | SIMONS, DAVID J. | Memo Amount:    (    550.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | CITY OF DEERFIELD BEACH, FL | Memo Amount:    (     65.00 ) | 2500-000 | | | |
| | | | Lien Search | | | | |
| | | ALLISON & ASSOC. | Memo Amount:    (    450.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | BROWARD COUNTY, FL | Memo Amount:    (    175.00 ) | 2820-000 | | | |
| | | | Transfer Taxes | | | | |
| | | BROWARD COUNTY, FL | Memo Amount:    (    342.78 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | BROWARD COUNTY, FL | Memo Amount:    (  1,978.79 ) | 4700-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | BROWARD COUNTY, FL | Memo Amount:    (  1,604.61 ) | 4700-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | BROWARD COUNTY, FL | Memo Amount:    (  1,469.27 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | BROWARD COUNTY, FL | Memo Amount:    (    856.57 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.60 | 22,353.46 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.24 | 22,339.22 |

Page Subtotals          22,364.06          24.84

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-11607 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | AMUNATEGUI, ANTHONY | | Bank Name: | ASSOCIATED BANK |
| | AMUNATEGUI, ANA M. | | Account Number / CD #: | *******2788  Checking |
| Taxpayer ID No: | *******5338 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.77 | 22,325.45 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.22 | 22,311.23 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 18.80 | 22,292.43 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA  70139 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 25,000.00 | COLUMN TOTALS | | 22,364.06 | 71.63 | 22,292.43 |
| | Memo Allocation Disbursements: | 9,492.02 | Less:  Bank Transfers/CD's | | 6,856.08 | 0.00 | |
| | | | Subtotal | | 15,507.98 | 71.63 | |
| | Memo Allocation Net: | 15,507.98 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,507.98 | 71.63 | |

Page Subtotals    0.00    46.79

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 10-11607 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | AMUNATEGUI, ANTHONY | | Bank Name: | BANK OF AMERICA |
| | AMUNATEGUI, ANA M. | | Account Number / CD #: | *******3739  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5338 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/10 | 15 | Ana Amunategui | Tax Refund | 1124-000 | 3,654.00 | | 3,654.00 |
| 07/09/10 | 15 | Anthony Amunategui | Tax Refund | 1124-000 | 700.00 | | 4,354.00 |
| 07/30/10 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.07 | | 4,354.07 |
| 08/31/10 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,354.18 |
| 09/30/10 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,354.29 |
| 10/29/10 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,354.39 |
| 11/30/10 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,354.50 |
| 12/31/10 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,354.61 |
| 01/31/11 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,354.72 |
| 02/28/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,354.75 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 2.66 | 4,352.09 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/31/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,352.13 |
| 04/29/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,352.16 |
| 05/31/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,352.20 |
| 06/30/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,352.24 |
| 07/29/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,352.27 |
| 08/31/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,352.31 |
| 09/30/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,352.35 |
| 10/31/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,352.39 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.54 | 4,346.85 |
| 11/30/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,346.89 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.36 | 4,341.53 |
| 12/30/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,341.57 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.35 | 4,336.22 |
| 01/31/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,336.26 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.69 | 4,330.57 |

| | | | | Page Subtotals | 4,355.17 | 24.60 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-11607 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | AMUNATEGUI, ANTHONY | | Bank Name: | BANK OF AMERICA |
| | AMUNATEGUI, ANA M. | | Account Number / CD #: | *******3739 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5338 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,330.60 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.15 | 4,325.45 |
| 03/30/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,325.49 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.32 | 4,320.17 |
| 04/05/12 | 000102 | International Sureties, Ltd. 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Bond # 016026455 | 2300-000 | | 3.76 | 4,316.41 |
| 04/09/12 | 15 | CDO Group, Inc. 120 N. Green Street, #4F Chicago, IL 60607 | Tax Refund - Balance for 2010 | 1124-000 | 2,581.00 | | 6,897.41 |
| 04/30/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,897.46 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.50 | 6,889.96 |
| 05/31/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,890.02 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.75 | 6,881.27 |
| 06/29/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,881.32 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.18 | 6,873.14 |
| 07/31/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,873.20 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.01 | 6,864.19 |
| 08/30/12 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,864.24 |
| 08/30/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 8.16 | 6,856.08 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,856.08 | 0.00 |

Page Subtotals    2,581.34    6,911.91

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 8)    Ver: 17.01

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-11607 -JBS | |
| Case Name: | AMUNATEGUI, ANTHONY | |
| | AMUNATEGUI, ANA M. | |
| Taxpayer ID No: | *******5338 | |
| For Period Ending: | 03/11/13 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******3739 Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 0.00 | COLUMN TOTALS | | 6,936.51 | 6,936.51 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 0.00 | 6,856.08 | |
| | | | Subtotal | | 6,936.51 | 80.43 | |
| | | Memo Allocation Net: 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,936.51 | 80.43 | |
| | | Total Allocation Receipts: 25,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: 9,492.02 | Checking - ********2788 | | 15,507.98 | 71.63 | 22,292.43 |
| | | Total Memo Allocation Net: 15,507.98 | Money Market Account (Interest Earn - ********3739 | | 6,936.51 | 80.43 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 22,444.49 | 152.06 | 22,292.43 |
| | | | | | =============== | =============== | =============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-11607
Case Name: AMUNATEGUI, ANTHONY
　　　　　　AMUNATEGUI, ANA M.
Trustee Name: Phillip D. Levey

　　　　　Balance on hand　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

　　　Total to be paid for chapter 7 administrative expenses　　　$_____
　　　Remaining Balance　　　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　　 must be paid in advance of any dividend to general (unsecured) creditors.

　　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Chartered Bank | $ | $ | $ |
| 000002 | American Infosource Lp As Agent for | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Associated Bank | $ | $ | $ |
| 000005 | American Express Bank, FSB | $ | $ | $ |

Total to be paid to timely general unsecured creditors                $_____

Remaining Balance                                                      $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | United States Department of Education | $ | $ | $ |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $_____ |
| Remaining Balance | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE