# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMUNATEGUI, ANTHONY | § | Case No. 10-11607 |
| AMUNATEGUI, ANA M. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Kenneth Gardner
> U.S. Bankruptcy Court Clerk
> 219 South Dearborn Street- 7th Floor
> Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/09/2013 in Courtroom 682,

> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Kenneth S. Gardner_____
                                                Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
AMUNATEGUI, ANTHONY § Case No. 10-11607
AMUNATEGUI, ANA M. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 31,936.51 |
| and approved disbursements of | $ | 9,644.08 |
| leaving a balance on hand of[1] | $ | 22,292.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 3,943.65 | $ 0.00 | $ 3,943.65 |
| Trustee Expenses: Phillip D. Levey | $ 54.99 | $ 0.00 | $ 54.99 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 4,455.00 | $ 0.00 | $ 4,455.00 |
| Other: International Sureties, Ltd. | $ 2.66 | $ 2.66 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,453.64 |
| Remaining Balance | $ 13,838.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 299,398.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Chartered Bank | $ 256,973.37 | $ 0.00 | $ 11,877.81 |
| 000002 | American Infosource Lp As Agent for | $ 1,012.59 | $ 0.00 | $ 46.80 |
| 000003 | Chase Bank USA, N.A. | $ 16,969.54 | $ 0.00 | $ 784.37 |
| 000004 | Associated Bank | $ 23,351.02 | $ 0.00 | $ 1,079.33 |
| 000005 | American Express Bank, FSB | $ 1,092.14 | $ 0.00 | $ 50.48 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,838.79 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 29,579.47 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | United States Department of Education | $ 29,579.47 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors       $         0.00

Remaining Balance                                           $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
                         Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anthony Amunategui  
Ana M. Amunategui  
    Debtors

Case No. 10-11607-JBS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: dross    Page 1 of 3    Date Rcvd: Mar 11, 2013  
                     Form ID: pdf006    Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2013.

```
db          +Anthony Amunategui,    120 N. Green  # 4,    Chicago, IL 60607-2353
jdb         +Ana M. Amunategui,    835 S. Ridgeland Ave.,,    Oak Park, IL 60304-1434
15272985    +American Charter Bank,    Acct#: 2302,    1199 E. Higgins Rd,    Schaumburg, IL 60173-4711
15521929    +American Chartered Bank,    Ashen Faulkner Ltd C/O J Cory Faulkner,
              217 N. Jefferson St., Ste 601,    Chicago, IL 60661-1114
15272986     American Express,    Acct#: 2003,    PO Box 297871,    Ft Lauderdale, FL  33329-7871
15768983     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15682118    +Associated Bank,    1305 Main Street,    Stevens Point, WI 54481-2898
15576911     Associated Bank,    305 Main Street,    Stevens Point WI 54481
15272988    +Bank One.,    Acct#: 9210,    201 N. Walnut # de1-10,    Wilmington, DE 19801-2901
15272987    +Bank of America,    Acct#: 2,    Po Box 15311,    Wilmington, DE 19850-5311
15272989    +CarMAX AUTO FINANCE,    Acct#: 1296,    PO Box 440609,    Kennesaw, GA 30160-9511
15272990    +Chase,    Acct#: 1230,    PO Box 15298,    Wilmington, DE 19850-5298
15272992    +Chase Bank,    340 S. Cleveland Ave.,    Westerville, OH 43081-8917
15677538     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15272993    +Chase Home Equity,    Acct#: 3202,    POB 901039,    Fort Worth, TX 76101-2039
15272991    +Chase Home Finance,    Acct#: 2006,    POB 9001871,    Louisville, KY 40290-1871
15272994     Chase Home Finance,    Acct#: 5276,    POB 90001871,    Louisville, KY  40290
15272996    +Chase Manhattan Mortgage.,    Acct#: 4473,    10790 Rancho  Bernard rd.,    San Diego, CA 92127-5705
15272995     Chase Manhattan Mortgage.,    Acct#: 8332,    pob 901039,    San Diego, CA  92127
15272997    +Childrens Memorial,    75 Remittance Drive,    Chicago, IL 60675-1001
15272999    +Citi Bank,    Acct#: 1600,    PO Box 6241,    Sioux Falls, SD 57117-6241
15272998    +Citi Bank,    Acct#: 1810,    PO Box 6241,    Sioux Falls, SD 57117-6241
15576912    +City of Chicago,    c/o Arnold Scott Hariis PC,    222 Merchandise Mart Plaza #1,
              Chicago, IL 60654-1103
15273001    +DCFS USA LLC,    Acct#: xxxx,    36455 Corporate Drive,    Farmington, MI 48331-3552
15273000    +David Sugar/Arnstein & Lehr,    Acct#: 2302,    120 S. Riverside Plaza #  1200,
              Chicago, IL 60606-3910
15273002    +Debra S. Ashen LTD,    Acct#: 2302,    217 N. Jefferson # 600,    Chicago, IL 60661-1114
15273004   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court:  HSBC/BSBUY,    Acct#: 27,    PO Box 15519,    Wilmington, DE  19850)
15273005    +Law Office of Deborah Ashend,    Acct#: 2302,    217 N. Jefferson, 600,    Chicago, IL 60661-1114
15273008    +MCYDSNB,    Acct#: 1100,    9111 Duke Blvd,    Mason, OH 45040-8999
15273006     Macys,    PO Box 689195,    Des Moines, IA  50368-9195
15273007    +Macys.,    Acct#: 1970,    9111 Duke,    Mason, OH 45040-8999
15273009    +Midwest Clincal Imaging,    pob 1248,    Americus, GA 31709-1248
15273010     Oak Leyden Develpment Ctr,    Acct#: n000,    430211 Chicago,    Oak Park, IL  60302
15576913    +Orthopedic Surgery Specialist,    P O BOX 2404,    Bedford Park, IL 60499-2404
15273011    +Resurrection Health Care,    3 Erie Court,    Oak Park, IL 60302-2519
15273012    +ThD/CBSD,    Acct#: 3851,    PO Box 6497,    Sioux Falls, SD 57117-6497
15273013     USD of Education,    Acct#: xxxx,    Greenville, TX  75403-4144
16134916     United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
              Greenville, TX 75403-5609
15273014    +VisDSNB,    Acct#: 78-1,    POB 689195,    Des Moines, IA 50368-9195
15273015     WFNNB Victorias Secret,    Acct#: 2000,    Columbus, OH  43218-2149
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15650944        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2013 05:28:37
                 American Infosource Lp As Agent for,    World Financial Network National Bank As,
                 Victoria’s Secret,    PO Box 248872,    Oklahoma City, OK  73124-8872
```
                                                                                                   TOTAL: 1

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15273003   ##+Home Depot,    Acct#: 6181,    PO Box 653000,    Dallas, TX 75265-3000
```
                                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dross              Page 2 of 3            Date Rcvd: Mar 11, 2013
                              Form ID: pdf006          Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2013**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: dross                Page 3 of 3                   Date Rcvd: Mar 11, 2013
                               Form ID: pdf006            Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2013 at the address(es) listed below:

         Beth A Lehman   on behalf of Debtor Anthony  Amunategui blehman@lehmanfox.com
         Beth A Lehman   on behalf of Joint Debtor Ana M. Amunategui blehman@lehmanfox.com
         Deborah S Ashen   on behalf of Creditor   American Chartered Bank dsa@ashenlaw.com
         Gloria C  Tsotsos   on behalf of Creditor   Chase Home Finance LLC nd-two@il.cslegal.com
         Lydia Y Siu   on behalf of Creditor   Chase Home Finance LLC lsiu@atty-pierce.com,
         northerndistrict@atty-pierce.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
         Phillip D Levey, ESQ   on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
         plevey@ecf.epiqsystems.com
         Phillip D Levey, ESQ   levey47@hotmail.com,  plevey@ecf.epiqsystems.com

         TOTAL: 8