# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMUNATEGUI, ANTHONY | § | Case No. 10-11607 |
| AMUNATEGUI, ANA M. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 American Charter Bank 1199 E. Higgins Rd Schaumburg IL 60173 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 CarMAX AUTO FINANCE PO Box 440609 Kennesaw GA 30160 | | | | | |
| | Creditor # : 3 Chase Home Finance POB 9001871 Louisville KY 40290 | | | | | |
| | Creditor # : 4 Chase Home Equity POB 901039 Fort Worth TX 76101 | | | | | |
| | Creditor # : 5 Chase Home Finance POB 90001871 Louisville KY 40290 | | | | | |
| | Creditor # : 6 Chase Manhattan Mortgage. pob 901039 San Diego CA 92127 | | | | | |
| | Creditor # : 7 Chase Manhattan Mortgage. 10790 Rancho  Bernard rd. San Diego CA 92127 | | | | | |
| | Creditor # : 8 DCFS USA LLC 36455 Corporate Drive Farmington MI 48331 | | | | | |
| | Representing: American Charter Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: American Charter Bank | | | | | |
| | Representing: American Charter Bank | | | | | |
| | BROWARD COUNTY, FL | | | | | |
| | BROWARD COUNTY, FL | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ALLISON & ASSOC. | | | | | |
| CITY OF DEERFIELD BEACH, FL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SIMONS, DAVID J. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BROWARD COUNTY, FL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BROWARD COUNTY, FL | | | | | |
| BROWARD COUNTY, FL | | | | | |
| BROWARD COUNTY, FL | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| CAMPBELL AND ROSEMURGES REALTORS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Associated Bank 305 main street Stevens Point WI 54481 | | | | | |
| | Creditor # : 2 Bank of America Po Box 15311 Wilmington DE 19884 | | | | | |
| | Creditor # : 3 City of Chicago C/O Arnold Scott Hariis P.C. 222 Merchandise Mart Plaza # 1 Chicago IL 60654 | | | | | |
| | Creditor # : 4 Orthopedic Surgery Specialist PO Box 2404 Bedford Park IL 60499-2150 | | | | | |
| 000001 | AMERICAN CHARTERED BANK | | | | | |
| 000004 | ASSOCIATED BANK | | | | | |
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000006 | UNITED STATES DEPARTMENT OF EDUCATI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-11607   JBS   Judge: JACK B. SCHMETTERER | |
| Case Name: | AMUNATEGUI, ANTHONY | |
| | AMUNATEGUI, ANA M. | |
| For Period Ending: | 05/20/13 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 03/17/10 (f) |
| 341(a) Meeting Date: | 04/30/10 |
| Claims Bar Date: | 08/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 101 SW 3rd Boca Rotan FL 33432 | 159,000.00 | 0.00 | | 0.00 | FA |
| 2. Hillsboro River Estates 52-15 B Lot 11 and adj par<br>VAcant Lot | 47,000.00 | 0.00 | | 0.00 | FA |
| 3. 14729 Rockwell Harvey IL<br>Vacant Lot - 2011 Assessed Value 8,050 | 5,000.00 | 3,000.00 | | 0.00 | FA |
| 4. 2901 S. Michigan Ave. investment, 1 lien, ACBank, | 89,000.00 | 0.00 | OA | 0.00 | FA |
| 5. 835 S. Ridgeland Ave. Oak Park IL 60304 residence<br>Debtor Claimed Exemption | 450,000.00 | 0.00 | | 0.00 | FA |
| 6. 157 N.E 6th Deerfield Beach FL 33441 | 99,000.00 | 25,000.00 | | 25,000.00 | FA |
| 7. 301 Lancester St Boca Raton FL investment, 2 liens | 99,000.00 | 0.00 | | 0.00 | FA |
| 8. 5/3rd Oak Park and Harrison Oak Park IL Location: | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 9. usual household goods Location: In debtor's posses | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. clothing Location: In debtor's possession | 100.00 | 100.00 | | 0.00 | FA |
| 11. ed Ira Location: In debtor's possession | 12,739.00 | 12,739.00 | | 0.00 | FA |
| 12. IRA  5.3rd Sec Location: In debtor's possession | 33,452.00 | 33,452.00 | | 0.00 | FA |
| 13. 2006 Chrysler Pacifica Location: In debtor's posse | 14,000.00 | 0.00 | | 0.00 | FA |
| 14. Mercedes/ leased | 10,000.00 | 0.00 | | 0.00 | FA |
| 15. Tax Refund | 11,000.00 | 4,300.00 | | 6,935.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.51 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,032,791.00 | $82,091.00 | $31,936.51 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-11607    JBS    Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| Case Name: | AMUNATEGUI, ANTHONY | Date Filed (f) or Converted (c): | 03/17/10 (f) |
| | AMUNATEGUI, ANA M. | 341(a) Meeting Date: | 04/30/10 |
| | | Claims Bar Date: | 08/18/10 |

Initial Projected Date of Final Report (TFR): 11/30/11        Current Projected Date of Final Report (TFR): 08/31/12

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.02c

FOR M 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-11607 -JBS |
| Case Name: | AMUNATEGUI, ANTHONY |
| | AMUNATEGUI, ANA M. |
| Taxpayer ID No: | *******5338 |
| For Period Ending: | 05/20/13 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2788  Checking |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | | 9999-000 | 6,856.08 | | 6,856.08 |
| 09/10/12 | 6 | Jerome A. Simons PA Trust | Sale of Real Estate | | | 15,507.98 | | 22,364.06 |
| | | 4700 Sheridan St. - Suite N | | | | | | |
| | | Hollywood, FL  33021 | | | | | | |
| | | JEROME A. SIMONS PA TRUST | Memo Amount: | 25,000.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | | |
| | | CAMPBELL AND ROSEMURGES REALTORS | Memo Amount: | (    2,000.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | | |
| | | SIMONS, DAVID J. | Memo Amount: | (    550.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | | |
| | | CITY OF DEERFIELD BEACH, FL | Memo Amount: | (    65.00 ) | 2500-000 | | | |
| | | | Lien Search | | | | | |
| | | ALLISON & ASSOC. | Memo Amount: | (    450.00 ) | 2500-000 | | | |
| | | | Survey | | | | | |
| | | BROWARD COUNTY, FL | Memo Amount: | (    175.00 ) | 2820-000 | | | |
| | | | Transfer Taxes | | | | | |
| | | BROWARD COUNTY, FL | Memo Amount: | (    342.78 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | | |
| | | BROWARD COUNTY, FL | Memo Amount: | (    1,978.79 ) | 4700-000 | | | |
| | | | Real Estate Taxes | | | | | |
| | | BROWARD COUNTY, FL | Memo Amount: | (    1,604.61 ) | 4700-000 | | | |
| | | | Real Estate Taxes | | | | | |
| | | BROWARD COUNTY, FL | Memo Amount: | (    1,469.27 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | | |
| | | BROWARD COUNTY, FL | Memo Amount: | (    856.57 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 10.60 | 22,353.46 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 14.24 | 22,339.22 |

Page Subtotals          22,364.06          24.84

Ver: 17.02c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 10-11607 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | AMUNATEGUI, ANTHONY | | Bank Name: | ASSOCIATED BANK |
| | AMUNATEGUI, ANA M. | | Account Number / CD #: | *******2788  Checking |
| Taxpayer ID No: | *******5338 | | | |
| For Period Ending: | 05/20/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.77 | 22,325.45 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.22 | 22,311.23 |
| 03/07/13 | 010001 | International Sureties, Ltd. | Trustee's Bond | 2300-000 | | 18.80 | 22,292.43 |
| | | 701 Poydras St. | Blanket Bond Premium for 2/1/13 to 2/1/14. | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/10/13 | 010002 | PHILLIP D. LEVEY | Chapter 7 Compensation/Fees | 2100-000 | | 3,943.65 | 18,348.78 |
| | | 2722 NORTH RACINE AVENUE | | | | | |
| | | CHICAGO, IL  60614 | | | | | |
| 04/10/13 | 010003 | PHILLIP D. LEVEY | Chapter 7 Expenses | 2200-000 | | 54.99 | 18,293.79 |
| | | 2722 NORTH RACINE AVENUE | | | | | |
| | | CHICAGO, IL  60614 | | | | | |
| 04/10/13 | 010004 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,455.00 | 13,838.79 |
| 04/10/13 | 010005 | American Chartered Bank | Claim 000001, Payment 4.62219% | 7100-000 | | 11,877.81 | 1,960.98 |
| | | The Law Offices of Deborah S. Ashen, Ltd | (1-1) Note/Mortgage | | | | |
| | | 217 N. Jefferson St., Ste 601 | (1-1) Modified | | | | |
| | | Chicago, IL 60661 | on 5/4/2010 to correct creditors address (DEM) | | | | |
| 04/10/13 | 010006 | American Infosource Lp As Agent for | Claim 000002, Payment 4.62181% | 7100-900 | | 46.80 | 1,914.18 |
| | | World Financial Network National Bank As | | | | | |
| | | Victoria's Secret | | | | | |
| | | PO Box 248872 | | | | | |
| | | Oklahoma City, OK 73124-8872 | | | | | |
| 04/10/13 | 010007 | Chase Bank USA, N.A. | Claim 000003, Payment 4.62222% | 7100-900 | | 784.37 | 1,129.81 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 04/10/13 | 010008 | Associated Bank | Claim 000004, Payment 4.62220% | 7100-000 | | 1,079.33 | 50.48 |
| | | 1305 Main Street | (4-1) -0085; Application | | | | |
| | | Stevens Point, WI 54481 | | | | | |
| 04/10/13 | 010009 | American Express Bank, FSB | Claim 000005, Payment 4.62212% | 7100-900 | | 50.48 | 0.00 |
| | | POB 3001 | (5-1) CREDIT CARD DEBT | | | | |
| | | Malvern, PA 19355-0701 | | | | | |

Page Subtotals    0.00    22,339.22

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.02c

FORM 2                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-11607  -JBS | |
| Case Name: | AMUNATEGUI, ANTHONY | |
| | AMUNATEGUI, ANA M. | |
| Taxpayer ID No: | *******5338 | |
| For Period Ending: | 05/20/13 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2788  Checking |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 25,000.00 | COLUMN TOTALS | | 22,364.06 | 22,364.06 | 0.00 |
| Memo Allocation Disbursements: | 9,492.02 | Less:  Bank Transfers/CD's | | 6,856.08 | 0.00 | |
| | | Subtotal | | 15,507.98 | 22,364.06 | |
| Memo Allocation Net: | 15,507.98 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 15,507.98 | 22,364.06 | |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

FORM 2                                                    Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                Exhibit 9

| Case No: | 10-11607 -JBS | Trustee Name: | Phillip D. Levey |
| Case Name: | AMUNATEGUI, ANTHONY | Bank Name: | BANK OF AMERICA |
| | AMUNATEGUI, ANA M. | Account Number / CD #: | *******3739  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5338 | | |
| For Period Ending: | 05/20/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/10 | 15 | Ana Amunategui | Tax Refund | 1124-000 | 3,654.00 | | 3,654.00 |
| 07/09/10 | 15 | Anthony Amunategui | Tax Refund | 1124-000 | 700.00 | | 4,354.00 |
| 07/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.07 | | 4,354.07 |
| 08/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,354.18 |
| 09/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,354.29 |
| 10/29/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.10 | | 4,354.39 |
| 11/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,354.50 |
| 12/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,354.61 |
| 01/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,354.72 |
| 02/28/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,354.75 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 2.66 | 4,352.09 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,352.13 |
| 04/29/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,352.16 |
| 05/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,352.20 |
| 06/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,352.24 |
| 07/29/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,352.27 |
| 08/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,352.31 |
| 09/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,352.35 |
| 10/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,352.39 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.54 | 4,346.85 |
| 11/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,346.89 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.36 | 4,341.53 |
| 12/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,341.57 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.35 | 4,336.22 |
| 01/31/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,336.26 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.69 | 4,330.57 |

Page Subtotals          4,355.17          24.60

Ver: 17.02c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-11607 -JBS | |
| Case Name: | AMUNATEGUI, ANTHONY | |
| | AMUNATEGUI, ANA M. | |
| Taxpayer ID No: | *******5338 | |
| For Period Ending: | 05/20/13 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3739  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,330.60 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.15 | 4,325.45 |
| 03/30/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,325.49 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.32 | 4,320.17 |
| 04/05/12 | 000102 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 3.76 | 4,316.41 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/09/12 | 15 | CDO Group, Inc. | Tax Refund - Balance for 2010 | 1124-000 | 2,581.00 | | 6,897.41 |
| | | 120 N. Green Street, #4F | | | | | |
| | | Chicago, IL  60607 | | | | | |
| 04/30/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,897.46 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.50 | 6,889.96 |
| 05/31/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,890.02 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.75 | 6,881.27 |
| 06/29/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,881.32 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.18 | 6,873.14 |
| 07/31/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,873.20 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.01 | 6,864.19 |
| 08/30/12 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,864.24 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 8.16 | 6,856.08 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,856.08 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 2,581.34 | 6,911.91 |

Ver: 17.02c

FORM 2

Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-11607  -JBS |
| Case Name: | AMUNATEGUI, ANTHONY |
| | AMUNATEGUI, ANA M. |
| Taxpayer ID No: | *******5338 |
| For Period Ending: | 05/20/13 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3739  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 6,936.51 | 6,936.51 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 6,856.08 | |
| | | Subtotal | | 6,936.51 | 80.43 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 6,936.51 | 80.43 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 25,000.00 | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 9,492.02 | TOTAL - ALL ACCOUNTS | | | | |
| | | Checking - *******2788 | | 15,507.98 | 22,364.06 | 0.00 |
| Total Memo Allocation Net: | 15,507.98 | Money Market Account (Interest Earn - *******3739 | | 6,936.51 | 80.43 | 0.00 |
| | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | 22,444.49 | 22,444.49 | 0.00 |
| | | | | ============= | ============= | ============= |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Ver: 17.02c